John G. Young, SBN #8308084
WILLIAMS KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
Phone: (206) 628-6600
Fax: (206) 628-6611
jyoung@williamskastner.com

Attorneys for Plaintiff Angelette, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU

| | |
|---|---|
| ANGELETTE, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LYUDA GORBACHUK, an individual,<br><br>Defendant. | Case No. 1:22-cv-00059-JMK<br><br>**COMPLAINT** |

## COMPLAINT

Plaintiff Angelette, LLC for its Complaint states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Angelette, LLC is an Alaska limited liability company with its principal place of business in Petersburg, Alaska.

2. Defendant Lyuda Gorbachuck ("Gorbachuk") is an individual residing in Federal Way, Washington.

3. Jurisdiction is based upon 28 U.S.C. § 1333, Admiralty and 28 U.S.C. § 1331,

COMPLAINT Page **1** of **4**
ANGELETTE, LLC v. LYUDA GORBACHUK
CASE NO. 1:22-CV-00059-JMK

7605045.1
7605045.1

Case 1:22-cv-00059-JMK   Document 1   Filed 06/09/22   Page 1 of 4

Federal Question, and specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

4. Angelette, LLC seeks a declaration that a certain vessel more fully identified below is not subject to a certain Notice of Claim of Maritime Lien or to the maritime lien asserted therein.

5. The vessel that is subject to the Notice of Claim of Maritime Lien is located in Petersburg, Alaska, thus the appropriate Court within the District Court of Alaska is Juneau.

**COUNT I**

6. Angelette, LLC is the owner of the commercial fishing vessel ANGELETTE, official number 608579.

7. Gorbachuk claimed a maritime lien resulting from an alleged wage claim that allegedly arose on November 1, 2020.

8. Gorbachuk filed a Notice of Claim of Maritime Lien against the Vessel ANGELETTE with the United States Coast Guard on May 20, 2022.

9. The Notice of Claim of Maritime Lien against the Vessel ANGELETTE was recorded. A copy of the Notice of Claim of Maritime Lien against the Vessel ANGELETTE is attached hereto as Exhibit A.

10. The maritime lien amount claimed by Gorbachuk against the Vessel ANGELETTE is $40,000.00.

11. Gorbachuk was paid all wages earned and is no money is owed giving rise to a maritime lien assertable against the Vessel ANGELETTE.

12. The Notice of Claim of Maritime Lien is a cloud on the title to the Vessel ANGELETTE and impairs the use and marketability of the Vessel.

COMPLAINT Page **2** of **4**
ANGELETTE, LLC v. LYUDA GORBACHUK
CASE NO. 1:22-CV-00059-JMK

7605045.1
7605045.1

Case 1:22-cv-00059-JMK   Document 1   Filed 06/09/22   Page 2 of 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

13. Through counsel, Gorbachuk has stated her intent to have the court determine the validity of her lien.

WHEREFORE, Angelette, LLC prays for:

1. An order declaring that the Vessel ANGELETTE is not subject to the lien claimed by Gorbachuk and is not subject to the Notice of Claim of Maritime Lien;

2. A judgment awarding Angelette, LLC its costs and attorney's fees incurred in this action; and

3. Judgment awarding any additional relief the court deems appropriate.

DATED this 8th day of June, 2022

                                        WILLIAMS, KASTNER & GIBBS PLLC

                                        */s/John G. Young*
                                        John G. Young, SBN #8308084
                                        WILLIAMS, KASTNER & GIBBS PLLC
                                        601 Union St., Suite 4100
                                        Seattle, WA 98101
                                        Telephone: 206-628-6660
                                        Fax: 206-628-6611
                                        Email: jyoung@williamskastner.com
                                        Attorneys for Plaintiff Angelette, LLC

COMPLAINT — Page **3** of **4**

ANGELETTE, LLC v. LYUDA GORBACHUK
CASE NO. 1:22-CV-00059-JMK

7605045.1
7605045.1

Case 1:22-cv-00059-JMK Document 1 Filed 06/09/22 Page 3 of 4

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on the below date, I caused to be filed the foregoing document with the Clerk of the court and a copy of the same to Plaintiff's counsel listed below via Process Service and E-Mail service:

John W. Merriam
SEATTLE MARITIME ATTORNEYS
The West Wall Building at Fisherman's Terminal
4005 20th Avenue West, Suite 110
Seattle, WA 98199
(206) 729-5252
John@Merriam-MatitimeLaw.com

Signed at Seattle, Washington this 8th day of June, 2022.

                                */s/John G. Young*
                                John G. Young, SBN #8308084
                                Attorneys for Plaintiff Angelette, LLC

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

COMPLAINT — Page **4** of **4**
ANGELETTE, LLC v. LYUDA GORBACHUK
CASE NO. 1:22-CV-00059-JMK

7605045.1
7605045.1